UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JORDAN DAVID KNIPPLING,<br><br>    Plaintiff,<br><br>    v.<br><br>JUSTIN W. ELLIOTT and JASON KARNITZ,<br><br>    Defendants. | NO.  CV-09-200-RHW<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

On December 10, 2009, Magistrate Judge Hutton entered a Report and Recommendation to Deny Plaintiff's Motion for Default (Ct. Rec. 25).  No objections to the Report and Recommendation were filed.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Court **adopts** the Report and Recommendation to Deny Plaintiff's Motion for Default.

2. Plaintiff's Motion for Entry of Default (Ct. Rec. 14) is **DENIED**.

**IT IS SO ORDERED.**  The District Court Executive is hereby directed to enter this order and to furnish copies to counsel.

**DATED** this 1st day of March, 2010.

*s/Robert H. Whaley*
ROBERT H. WHALEY
United States District Judge

Q:\CIVIL\2009\Knippling\adopt.wpd

**ORDER ADOPTING REPORT AND RECOMMENDATION ~ 1**