```
                  UNITED STATES DISTRICT COURT
                 EASTERN DISTRICT OF WASHINGTON
```

| | |
|---|---|
| JORDAN DAVID KNIPPLING,<br><br>            Plaintiff,<br><br>     v.<br><br>JUSTIN W. ELLIOTT, and JASON KARNITZ,<br><br>            Defendants. | No. CV-09-200-JPH<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION<br>(**Ct. Rec. 130**) |

BEFORE THE COURT is the Report and Recommendation (Ct. Rec. 130) re: plaintiff's motion to compel (Ct. Rec. 126). Objections were due August 30, 2010. No objections have been filed.

Having reviewed the Report and Recommendation and the files and records herein, the Court adopts the magistrate judge's report and recommendation in its entirety.

Accordingly, **IT IS HEREBY ORDERED** that the recommendation (Ct. Rec. 130) to grant in part plaintiff's **motion for additional limited discovery** with respect to his claim of racial discrimination is **ADOPTED in its entirety**.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and forward copies to counsel for the parties and the magistrate judge.

**DATED** this 8th day of September, 2010.

                              *s/Robert H. Whaley*
                              ROBERT H. WHALEY
                       United States District Judge

Q:\CIVIL\2009\Knippling\Ord adopting RnR.KNIPPLING.wpd

ORDER ADOPTING REPORT AND RECOMMENDATION   - 1