UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| JORDAN DAVID KNIPPLING, | ) | No. CV-09-200-JPH |
| | ) | |
| Plaintiff, | ) | ORDER ADOPTING REPORT AND |
| | ) | RECOMMENDATION |
| v. | ) | (**ECF No. 158**) |
| | ) | |
| JUSTIN W. ELLIOTT, and JASON | ) | |
| KARNITZ, | ) | |
| | ) | |
| Defendants. | ) | |

BEFORE THE COURT is the Report and Recommendation (ECF No. 158) to grant Defendants' motion for summary judgment (ECF No. 118). Objections were due November 24, 2010. After the report was filed, Plaintiff sent a letter to the Chief Judge (ECF No. 160) and moved again to amend his complaint (ECF No. 161), but no objections have been filed.

Having reviewed the Report and Recommendation and the files and records herein, the Court adopts the magistrate judge's report and recommendation in its entirety.

Accordingly, **IT IS HEREBY ORDERED**

1. The recommendation (ECF No. 158) to grant Defendants' Motion for Summary Judgment and dismiss the complaint with prejudice is **ADOPTED in its entirety**.

2. Defendant's Motion for Summary Judgment (ECF No. 118) is **GRANTED**.

3. Defendant's Motion (ECF No. 103) is **DENIED**, as moot.

4. Defendant's Motion to Stay (ECF No. 149) is **DENIED**, as

ORDER ADOPTING REPORT AND RECOMMENDATION
 - 1

1   moot.

2       5.  Defendant's Motion for An Order (ECF No. 151) is **DENIED**,

3   as moot.

4       6.  Defendant's Motion for Sanctions (ECF No. 152) is **DENIED**.

5       7.  Defendant's Motion to Amend (ECF No. 161) is **DENIED**.

6       8.  The above-captioned complaint is **dismissed**, with

7   prejudice.

8      **IT IS SO ORDERED.** The District Court Executive is directed to

9   enter this Order and forward copies to plaintiff, defense counsel,

10   and the magistrate judge, and **close** the file.

11      **DATED** this 1st day of April, 2011.

12

13

               _s/Robert H. Whaley_

14               ROBERT H. WHALEY
            United States District Judge

15

16

17   Q:\CIVIL\2009\Knippling\Ord adopting RnR.KNIPPLING2.wpd

18

19

20

21

22

23

24

25

26

27

28

ORDER ADOPTING REPORT AND RECOMMENDATION
 - 2