AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

JORDAN DAVID KNIPPLING,

Plaintiff,

v.

JUSTIN W. ELLIOTT and JASON KARNITZ,

Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-09-200-JPH

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the above-captioned complaint is dismissed with prejudice.

| | |
|---|---|
| April 1, 2011 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Karen White |
| | *(By) Deputy Clerk* |
| | Karen White |